IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF DALLAS AND | § | |
| DALLAS POLICE DEPARTMENT, | § | Civil Action No.: _____ |
| | § | |
| Defendants. | § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT

| EXHIBIT NO. | DOCUMENT TITLE | DATE FILED IN STATE COURT |
|---|---|---|
| C-1 | Plaintiff's Original Petition | October 25, 2019 |
| C-2 | Citation with Return of Service, Unexecuted (Chief Ulisha Renee Hall) | November 1, 2019 |
| C-3 | Citation with Return of Service (City of Dallas) | November 5, 2019 |
| C-4 | Citation with Return of Service (Dallas Police Department) | November 5, 2019 |
| C-5 | Citation with Return of Service (Major Michael Igo) | November 11, 2019 |
| C-6 | Defendants City of Dallas, Dallas Police Department, and Major Michael Igo's Special Exceptions, Original Answer, and Verified Denial | November 22, 2019 |
| C-7 | Notice of Non-Jury Trial | December 27, 2019 |
| C-8 | Scheduling Order | December 27, 2019 |

| C-9 | Defendant City of Dallas's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo | January 2, 2020 |
| --- | --- | --- |
| C-10 | Defendant City of Dallas's Supplemental Special Exceptions to Plaintiff's Original Petition | January 2, 2020 |
| C-11 | Order (proposed) Granting Defendant City of Dallas's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo | January 2, 2020 |
| C-12 | Notice of Hearing on Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo | January 3, 2020 |
| C-13 | Notice of Certificate of Conference | January 6, 2020 |
| C-14 | Notice of Hearing on Special Exceptions Contained in Defendants City of Dallas, Dallas Police Department, and Major Michael Igo's Special Exceptions, Original Answer, and Verified Denial | January 6, 2020 |
| C-15 | Notice of Cancelation of Hearing on Special Exceptions Contained in Defendants City of Dallas, Dallas Police Department, and Major Michael Igo's Special Exceptions, Original Answer, and Verified Denial | January 9, 2020 |
| C-16 | Notice of Amended Certificate of Conference | January 13, 2020 |
| C-17 | Notice of Hearing on Defendant's Supplemental Special Exceptions to Plaintiff's Original Petition and Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo | January 17, 2020 |
| C-18 | Citation with Return of Service (Chief Ulisha Renee Hall) | January 24, 2020 |
| C-19 | Defendant Chief of Police Ulisha Renee Hall's Original Answer | February 7, 2020 |
| C-20 | Order Granting Defendant City of Dallas's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo | February 19, 2020 |
| C-21 | Letter enclosing Order (proposed) on Defendant City of Dallas's Supplemental Special Exceptions to Plaintiff's Original Petition | February 19, 2020 |
| C-22 | Order on Defendant City of Dallas's Supplemental Special Exceptions to Plaintiff's Original Petition | February 20, 2020 |

| C-23 | Notice of Certificate of Conference | March 10, 2020 |
|------|-------------------------------------|----------------|
| C-24 | Plaintiff's First Amended Original Petition | March 13, 2020 |