# Case Information

DC-19-17257 | LATOYA K PORTER vs. CITY OF DALLAS et al

| | | |
|---|---|---|
| Case Number<br>DC-19-17257 | Court<br>14th District Court | Judicial Officer<br>MOYE', ERIC |
| File Date<br>10/25/2019 | Case Type<br>EMPLOYMENT | Case Status<br>OPEN |

# Party

PLAINTIFF
PORTER, LATOYA K

Active Attorneys ▼
Lead Attorney
BICKEL, JOHN WILLIAM, II
Retained

DEFENDANT
CITY OF DALLAS

Address
1400 MARILLA ST
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
BRISSETTE, JENNIFER
Retained

DEFENDANT
DALLAS POLICE DEPARTMENT

Address
1400 S. LAMAR ST.
DALLAS TX 75215

Active Attorneys ▼
Lead Attorney
BRISSETTE, JENNIFER
Retained

# Events and Hearings

10/25/2019 NEW CASE FILED (OCA) - CIVIL

10/25/2019 ORIGINAL PETITION ▾

ORIGINAL PETITION

10/29/2019 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

10/31/2019 CITATION ▾

Served
11/01/2019

Anticipated Server
CONSTABLE 1

Anticipated Method
Actual Server
CONSTABLE 1

Returned
11/05/2019
Comment
CITY OF DALLAS

10/31/2019 CITATION ▾

Served
11/01/2019

Anticipated Server
CONSTABLE 1

Anticipated Method
Actual Server
CONSTABLE 1

Returned
11/05/2019
Comment
DALLAS POLICE DEPARTMENT

10/31/2019 CITATION ▾

Return Unserved
11/01/2019

Anticipated Server
CONSTABLE 1

Anticipated Method
Actual Server
CONSTABLE 1

Returned
11/01/2019

Comment
CHIEF OF POLICE ULISHA RENEE HALL

### 10/31/2019 CITATION ▾

Served
11/05/2019

Anticipated Server
CONSTABLE 1

Anticipated Method
Actual Server
CONSTABLE 1

Returned
11/11/2019

Comment
MAJOR OF POLICE ICHAEL IGO

### 11/05/2019 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
UNEXECUTED CITATION - CHIEF OF POLICE ULISHA RENEE HALL

### 11/05/2019 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
EXECUTED CITATION - CITY OF DALLAS

### 11/05/2019 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
EXECUTED CITATION - DALLAS POLICE DEPARTMENT

### 11/11/2019 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
EXECUTED CITATION - MAJOR OF POLICE MICHAEL IGO

### 11/22/2019 ORIGINAL ANSWER - GENERAL DENIAL ▾

Porter v. COD - Original Answer.pdf

    Comment
    & SPCL EXCPTS

12/27/2019 NOTICE OF TRIAL ▾

NOTICE OF TRIAL

    Comment
    AND LVL 2 S/O MAILED

12/27/2019 SCHEDULING ORDER ▾

SCHEDULING ORDER

    Comment
    LEVEL 2

01/02/2020 MOTION - DISMISS ▾

MTD Chief Hall and Major Igo.pdf

01/02/2020 SPECIAL EXCEPTIONS ▾

Porter L - Supplemental Special Exceptions .pdf

    Comment
    SUPPLEMENTAL - CITY OF DALLAS

01/02/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER TO DISMISS

    Comment
    ORDER GRANTING DEFENDANT CITY OF DALLAS'S MOTION TO DISMISS CHIEF ULISHA RENEE HALL AND MAJOR MICHAEL IGO

01/03/2020 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING

    Comment
    MOTION TO DISMISS

01/06/2020 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE OF CONFERENCE

    Comment
    REGARDING SPECIAL EXCEPTIONS CONTAINED IN DEF'S ORIGINAL ANSWER

01/06/2020 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING ON SPCL EXCPTS FILED IN ORIGINAL ANSWER

Comment
NOTICE OF HEARING ON SPCL EXCPTS FILED IN ORIGINAL ANSWER

01/07/2020 NOTE - CLERKS

Comment
COURTESY COPY ON DEF/SPCL EXCPTS FILED IN ANSWER

01/09/2020 NOTICE OF HEARING / FIAT

DEF/NOTICE OF HEARING CANCELLATION

Comment
DEF/NOTICE OF CANCELLING HEARING

01/10/2020 Motion - Dismiss

Porter v. COD - Original Answer.pdf

ORDER TO DISMISS

MTD Chief Hall and Major Igo.pdf

Porter L - Supplemental Special Exceptions .pdf

NOTICE OF HEARING

CERTIFICATE OF CONFERENCE

NOTICE OF HEARING ON SPCL EXCPTS FILED IN ORIGINAL ANSWER

Judicial Officer
MOYE', ERIC

Hearing Time
11:45 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
15MIN/ SET BY JENNIFER B. 214-670-3519 SPECIAL EXCEPTIONS* COURTESY COPY IS REQUIRED BY JUDGE *

01/13/2020 CERTIFICATE OF CONFERENCE

AMENDED CERTIFICATE OF CONFERENCE

Comment
AMENDED NOTICE OF CERTIFICATE OF CONFERENCE

01/16/2020 CITATION

Served
01/16/2020

Anticipated Server
ATTORNEY

Anticipated Method

Actual Server
PRIVATE PROCESS SERVER

Returned
01/24/2020

Comment
CHEIF OF POLICE ULISHA RENEE HALL

01/17/2020 NOTICE OF HEARING / FIAT

NOTICE OF HEARING ON DEF/SUPPL SPCL EXCPTS

  Comment
  NOTICE OF HEARING ON DEF/SPCL EXCPTS

01/24/2020 RETURN OF SERVICE

EXECUTED CITATION - CHIEF OF POLICE ULISHA RENEE HALL

  Comment
  EXECUTED CITATION - CHIEF OF POLICE ULISHA RENEE HALL

02/07/2020 ORIGINAL ANSWER - GENERAL DENIAL

DEFENDANT'S ORIGINAL ANSWER

02/19/2020 Special Exceptions

NOTICE OF HEARING ON DEF/SUPPL SPCL EXCPTS

Judicial Officer
MOYE', ERIC

Hearing Time
11:30 AM

Comment
30 MINS - D/SUPPLEMENTAL SPECIAL EXCEPTION & M/DISMISS FILED 01/02/20 - SET BY LYUDMYLA CHUBA - 214-671-9483 - REQ'D CC

02/19/2020 ORDER - DISMISSAL

ORDER - DISMISSAL

  Comment
  AGAINST DEF'S(CHIEF ULISHA RENEE HALL & MAJOR MICHAEL IGO)

02/19/2020 CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE LETTER TO FILE RE: PROPOSED ORDER ON DEFENDANT'S SUPPLEMENTAL SPECIAL EXCEPTIONS

  Comment
  RE: PROPOSED ORDER ON DEFENDANT'S SUPPLEMENTAL SPECIAL EXCEPTIONS

02/20/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT

| | |
|---|---|
| Comment | |
| PROPOSED ORDER ON DEFENDANT'S SUPPLEMENTAL SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION | |

02/20/2020 ORDER - SPECIAL EXCEPTIONS ▾

ORDER - SPECIAL EXCEPTIONS

03/10/2020 CERTIFICATE OF CONFERENCE ▾

NOTICE OF CERTIFICATE OF CONFERENCE

03/13/2020 AMENDED PETITION ▾

PLAINTIFF'S 1ST AMENDED ORIGINAL PETITION

Comment
1ST

10/20/2020 Non Jury Trial ▾

Judicial Officer
MOYE', ERIC

Hearing Time
9:30 AM

# Financial

PORTER, LATOYA K
    Total Financial Assessment                                    $644.00
    Total Payments and Credits                                    $644.00

| | | | | |
|---|---|---|---|---|
| 10/28/2019 | Transaction Assessment | | | $292.00 |
| 10/28/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 73837-2019-DCLK | PORTER, LATOYA K | ($292.00) |
| 10/29/2019 | Transaction Assessment | | | $352.00 |
| 10/29/2019 | PAYMENT (CASE FEES) | Receipt # 74230-2019-DCLK | BICKEL, JOHN WILLIAM, II | ($352.00) |

# Documents

ORIGINAL PETITION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

RETURN OF SERVICE

RETURN OF SERVICE

RETURN OF SERVICE

RETURN OF SERVICE

Porter v. COD - Original Answer.pdf

NOTICE OF TRIAL

SCHEDULING ORDER

ORDER TO DISMISS

MTD Chief Hall and Major Igo.pdf

Porter L - Supplemental Special Exceptions .pdf

NOTICE OF HEARING

CERTIFICATE OF CONFERENCE

NOTICE OF HEARING ON SPCL EXCPTS FILED IN ORIGINAL ANSWER

DEF/NOTICE OF HEARING CANCELLATION

AMENDED CERTIFICATE OF CONFERENCE

ISSUE CITATION

NOTICE OF HEARING ON DEF/SUPPL SPCL EXCPTS

EXECUTED CITATION - CHIEF OF POLICE ULISHA RENEE HALL

DEFENDANT'S ORIGINAL ANSWER

ORDER - DISMISSAL

PROPOSED ORDER ON DEFENDANT'S SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION

CORRESPONDENCE LETTER TO FILE RE: PROPOSED ORDER ON DEFENDANT'S SUPPLEMENTAL SPECIAL EXCEPTIONS

ORDER - SPECIAL EXCEPTIONS

NOTICE OF CERTIFICATE OF CONFERENCE

PLAINTIFF'S 1ST AMENDED ORIGINAL PETITION