# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

FILED
2019 NOV -5 PM 6:46

RECEIVED
CONSTABLES OFFICE PCT. 1
2019 NOV -1 AM 11:04

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

7201 S POLK ST.
DALLAS, TEXAS

To
057741

**CHIEF OF POLICE ULISHA RENEE**
**1400 ST. LAMAR**
**DALLAS TX 75215**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA K PORTER**

Filed in said Court **25th day of October, 2019** against

**CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, MAJOR OF POLICE MICHAEL IGO**

For Suit, said suit being numbered **DC-19-17257,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of October, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
       COURTNEY RUTLEDGE

---

**PCT-1**

**CITATION**

**DC-19-17257**

**LATOYA K PORTER**
vs.
**CITY OF DALLAS et al**

ISSUED THIS
**31st day of October, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
JOHN WILLIAM BICKEL, II
BICKEL PLLC
3405 MILTON AVE
SUITE 200
DALLAS        TX 75205
214-537-8100

DALLAS COUNTY CONSTABLE

FEES PAID          FEES NOT PAID

## OFFICER'S RETURN

Case No. : DC-19-17257

Court No. 14th District Court

Style: LATOYA K PORTER

vs.

CITY OF DALLAS et al

Came to hand on the _____ day of _____, 20_____, at **NOV 0 1 2019** o'clock 11:54 .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ 80.00 | TRACEY GULLEY, CONSTABLE |
| For mileage | $_____ | DALLAS COUNTY PRECINCT 1 |
| For Notary | $_____ | of_____County,_____ |
| | | By PJ Brown # 102 _____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of_____, 20_____,

to certify which witness my hand and seal of office.

RTC   wrong name on citation ( 11/01/19  4:20pm )

_____

Notary Public_____County_____

| DATE | TIME | REMARKS | DEPUTY |
|------|------|---------|--------|
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |
|      |      |         |        |

**ATTEMPTED SERVICE**

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

FILED
2019 NOV -5 PM 6:46

RECEIVED
CONSTABLES OFFICE PCT. 1
2019 NOV -1 AM 11: 04

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____DEPUTY

7201 S POLK ST.
DALLAS, TEXAS

To:
057741

CHIEF OF POLICE ULISHA RENEE
1400 ST. LAMAR
DALLAS TX 75215

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA K PORTER**

Filed in said Court **25th day of October, 2019** against

**CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, MAJOR OF POLICE MICHAEL IGO**

For Suit, said suit being numbered **DC-19-17257,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of October, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        COURTNEY RUTLEDGE

---

**PCT-1**

**CITATION**

**DC-19-17257**

**LATOYA K PORTER**
**vs.**
**CITY OF DALLAS et al**

**ISSUED THIS**
**31st day of October, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
JOHN WILLIAM BICKEL, II
BICKEL PLLC
3405 MILTON AVE
SUITE 200
DALLAS        TX 75205
214-537-8100

**DALLAS COUNTY CONSTABLE**

| FEES PAID | FEES NOT PAID |

## OFFICER'S RETURN

Case No. : DC-19-17257

Court No. 14th District Court

Style: LATOYA K PORTER

vs.

CITY OF DALLAS et al

Came to hand on the _____ day of _____, 20_____, at **NOV 0 1 2019** _____ o'clock 11:54 .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ 80.00 | TRACEY GULLEY, CONSTABLE |
| For mileage | $_____ | DALLAS COUNTY PRECINCT 1 |
| | | of_____County,_____ |
| For Notary | $_____ | By PJ Brown # 102 _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

RTC  wrong Name  on  citation  (11/01/19  4:20pm)

_____

Notary Public_____County_____

| ATTEMPTED SERVICE | | | | |
|---|---|---|---|---|
| DATE | TIME | REMARKS | | DEPUTY |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |