# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:
    DALLAS POLICE DEPARTMENT
    1400 S LAMAR ST
    DALLAS TX  75215

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA K PORTER**

Filed in said Court **25th day of October, 2019** against

**CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, MAJOR OF POLICE MICHAEL IGO**

For Suit, said suit being numbered **DC-19-17257,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of October, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    COURTNEY RUTLEDGE

---

**PCT-1**

**CITATION**

DC-19-17257

**LATOYA K PORTER**
vs.
**CITY OF DALLAS et al**

ISSUED THIS
**31st day of October, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
JOHN WILLIAM BICKEL, II
BICKEL PLLC
3405 MILTON AVE
SUITE 200
DALLAS         TX 75205
214-537-8100

---

DALLAS COUNTY CONSTABLE
FEES PAID          FEES NOT PAID

# OFFICER'S RETURN

Case No. : DC-19-17257

Court No. 14th District Court

Style: LATOYA K PORTER

vs.

CITY OF DALLAS et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County, _____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of_____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:
DALLAS POLICE DEPARTMENT
1400 S LAMAR ST
DALLAS TX 75215

FILED
2019 NOV -5 PM 6:49
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

RECEIVED
CONSTABLES OFFICE PCT. 1
2019 NOV -1 AM 11:04

7201 S POLK ST.
DALLAS, TEXAS

#17746

~3:10p
11/1/19

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA K PORTER**

Filed in said Court **25th day of October, 2019** against

**CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, MAJOR OF POLICE MICHAEL IGO**

For Suit, said suit being numbered **DC-19-17257,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of October, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
       COURTNEY RUTLEDGE

Parnell
Martin

---

**PCT-1**

**CITATION**

**DC-19-17257**

**LATOYA K PORTER**
vs.
**CITY OF DALLAS et al**

ISSUED THIS
**31st day of October, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff**
JOHN WILLIAM BICKEL, II
BICKEL PLLC
3405 MILTON AVE
SUITE 200
DALLAS         TX  75205
214-537-8100

DALLAS COUNTY CONSTABLE
(FEES PAID)     FEES NOT PAID

DALLAS COUNTY OFFICIAL
REC 18191
22:32
DATE

# OFFICER'S RETURN

Case No. : DC-19-17257

Court No. 14th District Court

Style: LATOYA K PORTER

vs.

CITY OF DALLAS et al

Came to hand on the _____ day of _____ NOV. 20 1 2020 at 11:04 o'clock A .M. Executed at 1406 Laman St within the County of Dallas at 3:10 o'clock P .M. on the 1ST day of November, 20 19 , by delivering to the within named Officer Llewellyn #6246

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ 80.00 | TRACEY GULLEY, CONSTABLE DALLAS COUNTY PRECINCT 1 |
| For mileage | $ | of _____ County, Dallas |
| For Notary | $ | By J Brown #702 Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this ____ day of _____, 20____, to certify which witness my hand and seal of office.

Notary Public _____ County _____

ATTEMPTED SERVICE

| DATE | TIME | REMARKS | DEPUTY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |