Case 3:20-cv-00999-G   Document 1-11   Filed 04/22/20   Page 1 of 3   PageID 78

FILED
DALLAS COUNTY
1/2/2020 3:14 PM
FELICIA PITRE
DISTRICT CLERK
Loaidi Grove

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| CITY OF DALLAS, | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| CHIEF OF POLICE ULISHA | § | |
| RENEE HALL, AND MAJOR OF | § | |
| POLICE MICHAEL IGO | § | |
| | § | |
| Defendants. | § | 14TH JUDICIAL DISTRICT |

## DEFENDANT CITY OF DALLAS'S MOTION TO DISMISS
## CHIEF ULISHA RENEE HALL AND MAJOR MICHAEL IGO

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant City of Dallas ("the City") and files its Motion to Dismiss Chief Ulisha Renee Hall ("Chief Hall") and Major Michael Igo ("Major Igo") as defendants from the above-captioned lawsuit filed by Plaintiff LaToya Porter ("Plaintiff"). In support thereof, the City would respectfully show the Court as follows:

### I.

Under the provisions of the Texas Tort Claims Act, if a suit is filed against both a governmental unit and any of its employees, the employees shall immediately be dismissed on the filing of a motion by the governmental unit. Tex. Civ. Prac. & Rem. Code § 101.106(e). Chief Hall was acting within the course and scope of her employment as the Chief of the Dallas Police Department at the time of the events which form the basis of Plaintiff's claims. Likewise, Major Igo was acting within the course and scope of his employment as a lieutenant assigned to the Dallas Police Department at the time of the events which form the basis of Plaintiff's claims.

The City therefore moves for dismissal of Chief Hall and Major Igo pursuant to Section 101.106(e) of the Texas Civil Practice and Remedies Code.

**II.**

WHEREFORE, the City respectfully asks that this Court grant its Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo, that Plaintiff take nothing by this suit against Chief Hall and Major Igo, and that the Court grant the City such other and further relief, general or special, at law or in equity, as to which the City may be entitled.

Respectfully submitted,

Christopher J. Caso
Interim Dallas City Attorney

*/s/ Lyudmyla Chuba*
Lyudmyla Chuba
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

Jennifer A. Brissette
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

Jennifer Carter Huggard
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 670-3519
Facsimile: (214) 670-0622

ATTORNEYS FOR DEFENDANT
CITY OF DALLAS

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 2.07, I hereby certify that counsel for movant and counsel for respondent have personally conducted a conference at which there was a substantive discussion of every item presented to the Court in this motion and despite best efforts the counsel have not been able to resolve those matters presented.

Certified to the 2nd day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　*/s/ Lyudmyla Chuba*
　　　　　　　　　　　　　　　　　　　　　Lyudmyla Chuba

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, a true and correct copy of the foregoing document was served on Plaintiff's attorney, John W. Bickel, II, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　*/s/ Lyudmyla Chuba*
　　　　　　　　　　　　　　　　　　　　　Lyudmyla Chuba