CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| CITY OF DALLAS, | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| CHIEF OF POLICE ULISHA | § | |
| RENEE HALL, AND MAJOR OF | § | |
| POLICE MICHAEL IGO | § | |
| | § | |
| Defendants. | § | 14TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT CITY OF DALLAS'S MOTION TO DISMISS CHIEF ULISHA RENEE HALL AND MAJOR MICHAEL IGO

On this day came to be heard Defendant City of Dallas's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo (the "Motion to Dismiss"). The Court, after considering the Motion to Dismiss, reviewing the latest-filed petition in this matter, and considering the relevant law and arguments of counsel for the parties, is of the opinion that the Motion to Dismiss should be, and is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the City's Motion to Dismiss is GRANTED in its entirety and that Plaintiff LaToya Porter's claims against Defendants Chief Ulisha Renee Hall and Major Michael Igo are hereby dismissed with prejudice to the refiling of same.

SIGNED this ____ day of _____, 2020.

_____
JUDGE PRESIDING

Solo Page