FILED
DALLAS COUNTY
1/6/2020 4:28 PM
FELICIA PITRE
DISTRICT CLERK
Kellie Juricek

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| **LATOYA K. PORTER,** | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | OF DALLAS COUNTY, TEXAS |
| **CITY OF DALLAS,** **DALLAS POLICE DEPARTMENT,** **CHIEF OF POLICE ULISHA** **RENEE HALL, AND MAJOR OF** **POLICE MICHAEL IGO** | § § § § § § | |
| Defendants. | § § | 14TH JUDICIAL DISTRICT |

## <u>NOTICE OF HEARING</u>

Please take notice that a hearing on the special exception contained in Defendants City of Dallas, Dallas Police Department, and Major Michael Igo's Special Exception, Original Answer, and Verified Denial is set for Friday, January 10, 2020, at 11:45 a.m., in the courtroom of the 14th District Court, 600 Commerce St., 5th floor, New Tower, Dallas, Texas 75202.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Chris Caso
Interim City Attorney

 /s/ Jennifer A. Brissette
Lyudmyla Chuba
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

Jennifer A. Brissette
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

Jennifer Carter Huggard
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 671-9483
Facsimile: (214) 670-0622

**ATTORNEYS FOR DEFENDANT
CITY OF DALLAS**

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a true and correct copy of the foregoing document was served on Plaintiff's attorney, John W. Bickel, II, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure.

 /s/ Jennifer A. Brissette
Jennifer A. Brissette