FILED
DALLAS COUNTY
1/9/2020 2:47 PM
FELICIA PITRE
DISTRICT CLERK
Kellie Juricek



City of Dallas

January 9, 2020

**VIA ELECTRONIC FILING**
Hon. Eric V. Moyé
14th District Court
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, Texas 75202

Re: *LaToya K. Porter v. City of Dallas, Dallas Police Department, Chief of Police Ulisha Renee Hall, and Major of Police Michael Igo*; **Cause No. DC-19-17257**

Dear Judge Moyé:

I represent Defendants City of Dallas (the "City"), Dallas Police Department, and Major of Police Michael Igo (collectively "Defendants") in the above-referenced suit. Please be advised that I am cancelling the hearing set for 11:45 a.m. on January 10, 2020 regarding (1) the special exception contained in Defendants' Special Exception, Original Answer, and Verified Denial, (2) the City's Supplemental Special Exceptions to Plaintiff's Original Petition, and (3) the City's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo.

Sincerely,

*Jennifer A. Brissette*

Jennifer A. Brissette
Sr. Assistant City Attorney
Dallas City Attorney's Office
*jennifer.brissette@dallascityhall.com*

cc:   John Bickel (via email *jwbickel@gmail.com*)