FILED
DALLAS COUNTY
1/13/2020 3:03 PM
FELICIA PITRE
DISTRICT CLERK
Kellie Juricek

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 14th JUDICIAL DISTRICT |
| | § | |
| CITY OF DALLAS, | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| CHIEF OF POLICE ULISHA | § | |
| RENEE HALL, AND MAJOR OF | § | |
| POLICE MICHAEL IGO | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

### NOTICE OF AMENDED CERTIFICATE OF CONFERENCE

Please take notice that on January 13, 2020, counsel for Defendant City of Dallas (the "City") conferred with John Bickel, counsel for Plaintiff LaToya Porter, via telephone regarding special exceptions I, II, III, IV, V, and VI contained in the City's Supplemental Special Exceptions to Plaintiff's Original Petition. At that time, Mr. Bickel stated that he opposes said special exceptions.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Chris Caso
Interim City Attorney

 */s/ Jennifer A. Brissette*
Jennifer A. Brissette
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

Lyudmyla Chuba
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

Jennifer Carter Huggard
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 671-9483
Facsimile: (214) 670-0622

**ATTORNEYS FOR DEFENDANT
CITY OF DALLAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a true and correct copy of the foregoing document was served on Plaintiff's attorney, John W. Bickel, II, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure.

 */s/ Jennifer A. Brissette*
Jennifer A. Brissette