FILED
DALLAS COUNTY
1/17/2020 8:52 AM
FELICIA PITRE
DISTRICT CLERK
Kellie Juricek

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| **LATOYA K. PORTER,** | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | 14th JUDICIAL DISTRICT |
| **CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, AND MAJOR OF POLICE MICHAEL IGO** | § § § § § § § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## NOTICE OF HEARING

Please take notice that a hearing on (1) special exceptions I, II, III, IV, V, and VI in Defendant City of Dallas's Supplemental Exceptions to Plaintiff's Original Petition and (2) Defendant City of Dallas's Motion to Dismiss Chief Ulisha Renee Hall and Major Michael Igo is set for Wednesday, February 19, 2020, at 11:30 a.m., in the courtroom of the 14th District Court, 600 Commerce St., 5th floor, New Tower, Dallas, Texas 75202.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Chris Caso
Interim City Attorney

 */s/ Lyudmyla Chuba*
Lyudmyla Chuba
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

Jennifer A. Brissette
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

Jennifer Carter Huggard
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 671-9483
Facsimile: (214) 670-0622

**ATTORNEYS FOR DEFENDANT
CITY OF DALLAS**

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, a true and correct copy of the foregoing document was served on Plaintiff's attorney, John W. Bickel, II, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure.

 */s/ Lyudmyla Chuba*
Lyudmyla Chuba