FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

| | |
|---|---|
| | **ATTY** |
| | **CITATION** |
| | DC-19-17257 |

To:

    CHIEF OF POLICE ULISHA RENEE HALL
    1400 ST. LAMAR
    DALLAS TX 75215

**LATOYA K PORTER**
vs.
**CITY OF DALLAS et al**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

ISSUED THIS
16TH day of JANUARY , 2020

Said Plaintiff being **LATOYA K PORTER**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

Filed in said Court **25th day of October, 2019** against

**CITY OF DALLAS, DALLAS POLICE DEPARTMENT, CHIEF OF POLICE ULISHA RENEE HALL, MAJOR OF POLICE MICHAEL IGO**

By: COURTNEY RUTLEDGE, Deputy

For Suit, said suit being numbered **DC-19-17257,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

Attorney for Plaintiff
JOHN WILLIAM BICKEL, II
BICKEL PLLC
3405 MILTON AVE
SUITE 200
DALLAS       TX  75205
214-537-8100

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16TH day of JANUARY , 2020

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    COURTNEY RUTLEDGE

DALLAS COUNTY CONSTABLE
FEES           FEES NOT
PAID            PAID

# OFFICER'S RETURN

Case No. : DC-19-17257

Court No. 14th District Court

Style: LATOYA K PORTER

vs.

CITY OF DALLAS et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

Notary Public_____County_____

FILED
DALLAS COUNTY
1/24/2020 11:25 AM
FELICIA PITRE
DISTRICT CLERK

Irasema Sutherland

## CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K PORTER | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs, | § | |
| VS. | § | 14TH DISTRICT COURT |
| | § | |
| CHEIF OF POLICE ULISHA RENEE HALL | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## RETURN OF SERVICE Citation
## CHEIF OF POLICE ULISHA RENEE HALL

"The following came to hand on **Jan 16, 2020, 1:59 pm**,

**CITATION, ORIGINAL PETITION**

and was executed at **6200 Bonnie View Rd, Dallas, TX 75241** within the county of **Dallas** at **06:15 PM** on **Thu, Jan 16 2020**, by delivering a true copy to the within named

**CHEIF OF POLICE ULISHA RENEE HALL**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Marquisha Graves-Lewis**, my date of birth is **10/09/1981**, and my address is **801 Apple Valley Dr, Lancaster, TX 75134**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Dallas** County, State of **TX**, on **January 24, 2020**.

_____
Marquisha Graves-Lewis
Certification Number: PSC12308 EXP 9/30/2021