FILED
2/19/2020 4:02 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gia Rodriguez DEPUTY

Case 3:20-cv-00999-G   Document 1-23   Filed 04/22/20   Page 1 of 3   PageID 106



CITY OF DALLAS

February 19, 2020

**Via E-filing**
Clerk of the Court
14th Judicial District Court
600 Commerce Street, 5th Floor New Tower
Dallas, Texas 75202

      Re:    *LaToya K. Porter v. City of Dallas, Dallas Police Department, Chief of Police Ulisha Renee Hall, and Major of Police Michael Igo;*
             Cause No. DC-19-17257

Dear Clerk:

Pursuant to the Court's request, please find attached the City of Dallas's Proposed Order on Defendant City of Dallas's Supplemental Special Exceptions to Plaintiff's Original Petition.

Please forward to Judge Moye for his signature.

Sincerely,

/s/Lori Plaster
Lori Plaster
Sr. Legal Secretary to Lyudmyla Chuba

c:      *Via e-service*
        John W. Bickel, II
        Counsel for Plaintiff

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DALLAS,<br>DALLAS POLICE DEPARTMENT,<br>CHIEF OF POLICE ULISHA<br>RENEE HALL, AND MAJOR OF<br>POLICE MICHAEL IGO,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br>14TH JUDICIAL DISTRICT<br><br><br><br><br><br><br><br>DALLAS COUNTY, TEXAS |

### ORDER ON DEFENDANT CITY OF DALLAS'S SUPPLEMENTAL SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION

On this date, came on for hearing special exceptions I, II, III, IV, V, and VI in Defendant City of Dallas's ("the City") Supplemental Special Exceptions to Plaintiff's Original Petition. Having considered Plaintiff's Original Petition, supplemental special exceptions I – VI, and any response and arguments of counsel, the Court is of the opinion that the special exceptions should be disposed of as follows:

Special exceptions I and III are **OVERRULED**. Special exceptions II, IV, V, and VI are **SUSTAINED**.

It is **FURTHER ORDERED** that, within fourteen (14) days, Plaintiff LaToya K. Porter ("Plaintiff") shall amend her pleading to specify the law(s) forming the basis for her abuse of process claims;

It is **FURTHER ORDERED** that, within fourteen (14) days, Plaintiff shall amend her pleading to allege specific facts demonstrating a waiver of governmental immunity with respect to Plaintiff's claim for intentional infliction of emotional distress against the City;

It is **FURTHER ORDERED** that, within fourteen (14) days, Plaintiff shall amend her pleading to allege specific facts demonstrating a waiver of governmental immunity with respect to Plaintiff's negligence claim against the City;

It is **FURTHER ORDERED** that, within fourteen (14) days, Plaintiff shall amend her pleading to allege specific facts demonstrating a waiver of governmental immunity with respect to Plaintiff's business disparagement claim against the City; and

It is **FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of one or more of her claims.

**SIGNED** on this _____ day of _____, 2020.

_____
JUDGE PRESIDING