Case 3:20-cv-00999-G   Document 1-25   Filed 04/22/20   Page 1 of 2   PageID 111

FILED
3/10/2020 3:20 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gia Rodriguez DEPUTY

CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| **LATOYA K. PORTER,** | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 14TH JUDICIAL DISTRICT |
| | § | |
| **CITY OF DALLAS AND** | § | |
| **DALLAS POLICE DEPARTMENT,** | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## NOTICE OF CERTIFICATE OF CONFERENCE

Please take notice that on March 5, 2020, counsel for Defendants City of Dallas (the "City") and Dallas Police Department ("DPD") (collectively, "Defendants") again conferred with John Bickel, counsel for Plaintiff LaToya K. Porter, via e-mail regarding the special exception contained in Defendants' Special Exception, Original Answer, and Verified Denial, wherein Defendants assert that DPD is not a proper party to this lawsuit because it is a non-jural entity. At that time, Mr. Bickel withdrew his previous agreement to dismiss DPD from the above-referenced lawsuit and stated that he now opposes Defendants' special exception regarding DPD.

Respectfully submitted,

Christopher J. Caso
Interim Dallas City Attorney


*/s/ Lyudmyla Chuba*
LYUDMYLA CHUBA
Senior Assistant City Attorney
State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

JENNIFER BRISSETTE
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

JENNIFER CARTER HUGGARD
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 670-3519
Facsimile: (214) 670-0622

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, a true and correct copy of the foregoing document was served on John W. Bickel, II, Plaintiff's attorney, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure:

**Via e-service: jwbickel@gmail.com**

*/s/ Lyudmyla Chuba*
LYUDMYLA CHUBA