IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| CITY OF DALLAS AND DALLAS POLICE DEPARTMENT, | § § § | Civil Action No.: _____ |
| Defendants. | § § | |

### DEFENDANT CITY OF DALLAS'S CERTIFICATE OF INTERSTED PERSONS

TO THE HONORABLE COURT:

Defendant City of Dallas submits the following as interested persons in the above captioned matter:

| **Name:** | **Interest:** |
|---|---|
| LaToya K. Porter | Plaintiff |
| John W. Bickel | Plaintiff's Attorney |
| City of Dallas | Defendant |
| Dallas Police Department | Defendant |
| Lyudmyla Chuba | Defendants' Attorney |
| Jennifer Brissette | Defendants' Attorney |
| Jennifer Carter Huggard | Defendants' Attorney |
| Christopher J. Caso | Defendants' Attorney |

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

 s/ Lyudmyla Chuba
Lyudmyla Chuba
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

Jennifer A. Brissette
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

Jennifer Carter Huggard
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: (214) 671-9483
Facsimile: (214) 670-0622

**ATTORNEYS FOR DEFENDANT
CITY OF DALLAS**

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

**Via e-service:  jwbickel@gmail.com**

 /s/ Lyudmyla Chuba
Lyudmyla Chuba