CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 14TH JUDICIAL DISTRICT |
| | § | |
| CITY OF DALLAS AND | § | |
| DALLAS POLICE DEPARTMENT | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

### CITY OF DALLAS'S FIRST SET OF
### INTERROGATORIES TO PLAINTIFF LATOYA K. PORTER

TO:   Plaintiff Latoya K. Porter, by and through her attorney of record, John W. Bickel, Bickel PLLC, 3505 Milton Avenue, Dallas, Texas 75205, jwbickel@gmail.com.

Pursuant to TEX. R. CIV. P. 197, Defendant City of Dallas serves these interrogatories upon Plaintiff Latoya K. Porter. The answers to the interrogatories shall be made separately and fully in writing under oath. The answers and objections, if any, shall be served on the undersigned counsel at the Dallas City Attorney's Office, Attn: Lyudmyla Chuba, 1500 Marilla Street, Suite 7BN, Dallas, Texas 75201, no later than thirty (30) days after the service of these interrogatories.

## I.
## INSTRUCTIONS

Your attention is called to the following important provisions of the Texas Rules of Civil Procedure regarding discovery requests and their answers:

1.   All interrogatories must be answered fully in writing and under oath, in accordance with TEX. R. CIV. P. 193 *et seq.*, 197 *et seq.*, and 215 *et seq.*

2. Answer each interrogatory as fully and completely as possible. If you are unable to answer fully any of these interrogatories, please answer them to the fullest extent possible, specifying the reason(s) for your inability to answer the remainder and stating whatever information, knowledge, or belief that you have concerning the unanswerable portion.

3. In answering these interrogatories, you are obligated to furnish all information available to you, including information that is known by, possessed by, or available to you or any of your attorneys, consultants, accountants, representatives, agents, and all others acting on your behalf.

4. For each interrogatory, if the information furnished in your answer is not within your personal knowledge, please identify each person to whom the information is a matter of personal knowledge, if known.

5. With respect to any information that you claim is privileged, you must give a brief description of the nature and subject matter of the information, the persons having knowledge of the information, and the grounds and circumstances on which you claim it is privileged.

6. If you choose to produce documents under TEX. R. CIV. P. 197.2(c) in lieu of providing written answers to some or all of these interrogatories, you must organize all documents produced according to the specific interrogatory to which the document is responsive.

7. These interrogatories are considered to be ongoing, and you are required to provide by way of supplemental answers or responses such information as you or any other person acting on your behalf may obtain which will supplement or otherwise modify your answers or responses to these interrogatories.

## II.
## DEFINITIONS

1. "You," "your," and "yours" means Latoya K. Porter and all of her representatives acting or purporting to act on her behalf with respect to any matter inquired about in these interrogatories including, but not limited to, all employees, attorneys, accountants, consultants, agents, adjusters, representatives, or anyone else acting on her behalf.

2. "Plaintiff" means Latoya K. Porter and all of her representatives acting or purporting to act on her behalf with respect to any matter inquired about in these interrogatories including, but not limited to, all employees, attorneys, accountants, consultants, agents, adjusters, or anyone else acting on her behalf.

3. "City of Dallas" and "City" mean the City of Dallas, Texas, its officers, representatives, employees, agents, or anyone else acting on its behalf, unless otherwise indicated.

4. "Defendant" means the City of Dallas and its representatives, agents, or anyone acting on its behalf, unless otherwise indicated.

5. "Person" means the plural as well as the singular and includes: natural persons, corporations, firms, associations, partnerships, joint ventures, trusts, estates, or any other form of legal entity, and governmental agencies, departments, units, or subdivisions thereof.

6. "Statement" includes any written or graphic statement signed or otherwise adopted or proved by the person making it, and any stenographic, mechanical, electrical, or other record or transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

7. "Documentation" or "document" includes, but is not limited to, the following items whether printed, electronic, recorded, or reproduced by any mechanical process, or written or produced by hand: agreements, communications, reports, charges, complaints, correspondence,

**CITY OF DALLAS'S FIRST SET OF**
**INTERROGATORIES TO PLAINTIFF LATOYA K. PORTER**                                   Page 3 of 7

telegrams, memoranda, applications, summaries or records of telephone conversations, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, bills, statements, invoices, emails, text messages, all other writings of whatever nature, photographs, motion picture film, brochures, pamphlets, advertisements, circulars, press releases, drafts, letters, tape recordings, electronic discs, data sheet or data processing cards, any marginal comments appearing on any document or thing, or any other written, recorded, transcribed, filed or graphic master, however produced or reproduced, to which Plaintiff, her agents, representatives, or attorneys thereof will have or have had access.

"Documentation" or "document" also includes any copy of an original document if the original is unavailable.

In the event that any items requested are unavailable due to the loss or destruction of documents, loss of memory, failure to keep documents, or other reason, please identify the form and content of the information, the last known person to have possession of the documents or information, the circumstances leading to the loss or destruction of the information, and the date of the loss or destruction of the information.

8. "Identify" or "identity of" when referring to:

(a) a person, means you must provide an identification sufficient to notice a deposition of such person and to serve such person with process to require his or her attendance at a place or examination and shall include, without limitation, his or her full name; present or last known business or residential street address, including city, and state; telephone number; title; occupation; and gender;

(b) a public or private corporation, partnership, association, or other organization, or to a governmental entity or agency, means to state its full name and present or last

known street address, including city, and state; telephone number; its state of incorporation; and its principal place of business or activity;

        (c)     a statement, means to identify who made it; who took or recorded it; who was present during the making thereof; when, where, and how it was taken or recorded; and who has present or last known possession, custody, or control thereof;

        (d)     a document, means to provide sufficient characterization of such document, including but not limited to, the name of the document, its location, the name and title of its custodian, the date it was written or created, the author of the document, the name and job title of the person to whom it was addressed, the total number of pages, and a synopsis of its contents so that it is identified with reasonable particularity for the purpose of a request for production of documents under TEX. R. CIV. P. 196. Where a deposition is identified, you must provide all page and line numbers containing the substance of the information referred to from any such deposition;

        (e)     any other tangible thing, means to provide a reasonably detailed description thereof, including, if applicable, when, where, and how it was made; who made it; and who was present or last known possession, custody, or control thereof;

    9.     "Communication" means the transmittal of information (in the form of facts, idea, inquiries, opinions, or otherwise).

    10.     "Petition" means Plaintiff's Original Petition in the above-captioned lawsuit.

    11.     Any word not herein defined shall have its ordinary meaning as defined in the dictionary.

## III.
## INTERROGATORIES

**INTERROGATORY NO. 1:** With respect to the allegations that you were discriminated against and discharged due to your "race, color, gender, [and] age," contained in paragraphs 90, 91, and 94 of the Petition, identify the following:

    a.    The specific federal law(s) under which you bring this claim if any.

    b.    The specific state law(s) under which you bring this claim, if any.

**ANSWER:**


**INTERROGATORY NO. 2:** With respect to the allegations that you were retaliated against as contained in paragraphs 91 and 96-102 of the Petition, identify the following:

    a.    The specific federal law(s) under which you bring this claim if any.

    b.    The specific state law(s) under which you bring this claim, if any.

**ANSWER:**

Respectfully submitted,

Christopher J. Caso
Interim Dallas City Attorney


*/s/ Lyudmyla Chuba*
LYUDMYLA CHUBA
Senior Assistant City Attorney
Texas State Bar No. 24081283
lyudmyla.chuba@dallascityhall.com

JENNIFER BRISSETTE
Senior Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com

JENNIFER CARTER HUGGARD
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:    (214) 670-3519
Facsimile:    (214) 670-0622

ATTORNEYS FOR DEFENDANTS


### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, a true and correct copy of the foregoing document was served on John W. Bickel, II, Plaintiff's attorney, via e-service in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure:

**Via e-service: jwbickel@gmail.com**


*/s/ Lyudmyla Chuba*
LYUDMYLA CHUBA