CAUSE NO. DC-19-17257

| | | |
|---|---|---|
| LATOYA K. PORTER, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | OF DALLAS COUNTY, TEXAS |
| CITY OF DALLAS AND DALLAS POLICE DEPARTMENT | § § § § | |
| Defendants. | § | 14TH JUDICIAL DISTRICT |

## PLAINTIFF'S ANSWER TO INTERROGATORIES

TO: Defendants, City of Dallas and Dallas Police Department and through their attorney, Jennifer Brissette, 1500 Marilla St., Dallas, Texas 75201.

**ANSWER 1:** First Amendment, Title VII of the Civil Rights Act of 1964 (Title VII), Civil Rights Act of 1991 - Title I: Federal Civil Rights Remedies, Texas Labor Code (Chapter 21), Whistleblower Protection Act (WPA), The Texas Whistleblower Act, Texas Government Code (Chapter 614), Williams v. City of Dallas, 53 S.W.3d 780 (Tex. App.—Dallas 2001, no pet.)Martinez v. English, 267 S.W.3d 521, 528-29 (Tex.App.—Austin 2008, pet. denied); RRR Farms, Ltd. v. American Horse Prot. Ass'n, 957 S.W.2d 121, 133-34 (Tex.App.—Houston [14th Dist.] 1997 pet. denied); Detenbeck v. Koester, 886 S.W.2d 477 (Tex.App.—Houston [1st Dist.] 1994, no writ); Snyder v. Byrne, 770 S.W.2d 65 (Tex.App.—Corpus Christi 1989, no writ).

**ANSWER 2:** First Amendment, Title VII of the Civil Rights Act of 1964 (Title VII), Civil Rights Act of 1991 - Title I: Federal Civil Rights Remedies, Texas Labor Code (Chapter 21), Whistleblower Protection Act (WPA), The Texas Whistleblower Act.