**ANSWER 3**: First Amendment, Title VII of the Civil Rights Act of 1964 (Title VII), Texas Labor Code (Chapter 21), Texas Government Code (Chapter 614).

**ANSWER 4:** First Amendment, Title VII of the Civil Rights Act of 1964 (Title VII), Civil Rights Act of 1991 - Title I: Federal Civil Rights Remedies, Texas Labor Code (Chapter 21), Whistleblower Protection Act (WPA), The Texas Whistleblower Act.

Respectfully submitted,

_____
John W. Bickel II
Texas Bar #02292700

Bickel PLLC
3505 Milton Ave.
Dallas, TX 75205
(214) 537-8100
jwbickel@gmail.com
ATTORNEY FOR PLAINTIFF LATOYA PORTER