# Click to view documents

**Answer/Response**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Description | Plaintiff's Answer to Interrogatories |
| Comments | |
| Lead Document | Cause No. C-19-17257 - Plaintiff's Answer to Interrogatories pg. 1.pdf  [Download link] |
| Document | Cause No. DC-19-17257 - Plaintiff's Answer to Interrogatories pg. 2.pdf  [Download link] |

↩ Reply all ⌄ 🗑 Delete ⊘ Junk Block ⋯

**Notification of Service for Case: DC-19-17257, LATOYA K PORTER vs. CITY OF DALLAS et al for filing Answer/Response, Envelope Number: 42157957**

Related to Salesforce

submitted document.

| Filing Details | |
|---|---|
| **Case Number** | DC-19-17257 |
| **Case Style** | LATOYA K PORTER vs. CITY OF DALLAS et al |
| **Date/Time Submitted** | 4/7/2020 9:52 AM CST |
| **Filing Type** | Answer/Response |
| **Filing Description** | Plaintiff's Answer to Interrogatories |
| **Filed By** | John Bickel |
| **Service Contacts** | LATOYA K PORTER:<br><br>John Bickel (jwbickel@gmail.com)<br><br><br>CITY OF DALLAS:<br><br>Jennifer Brissette (jennifer.brissette@dallascityhall.com)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>Jennifer Brissette (jennifer.brissette@dallascityhall.com)<br><br><br>DALLAS POLICE DEPARTMENT:<br><br>Jennifer Brissette (jennifer.brissette@dallascityhall.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| | This link is active for 30 days. |

**CAUTION:** This email originated from outside of the organization. Please, do not click